## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 15, 2012 | Douglas E. Cressler<br>Chief Deputy Clerk |

Clarence Baccus
P.O. Box 5342
Gardena, CA 90249

LaShaunna Baccus
425 East 24th Street
Okmulgee, OK 74447

Rosa Baccus
Route 1, Box 708
Hanna, OK 74845

**RE:**    **12-7062, Baccus, et al v. Baccus**
          Dist/Ag docket: 6:10-CV-00389-JHP

Dear Appellants:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:    Kordel Baccus
       Talisha Winston

EAS/kf